Exhibit "C"

Post Petition Debt Calculation

| Date Applied | Description | Amount | Principal [A] | Interest [B] | Escrow [C] | Mendoza Suspense [D] | Mendoza [E] | Principal Forward [F] |
|---|---|---|---|---|---|---|---|---|
| 8/26/2003 | Filing Date | | | | | | | |
| 8/26/2003 | Principal Balance Forward | | | | | | | $213,949.06 |
| 1/21/2003 | Payment 9/1/03 | $2,142.78 | $69.54 | $1,716.05 [G] | $357.19 | | | $213,879.52 |
| 12/31/2003 | Payment 10/1/03 | $4,247.54 | $70.26 | $1,715.49 | $338.02 | | | $213,809.26 |
| 12/31/2003 | Payment 11/1/03 | | $70.79 | $1,692.66 [H] | $360.32 | | | $213,738.47 |
| 12/31/2003 | Payment 12/1/03 | | $70.98 | $1,692.10 | $414.46 | | | $213,667.49 |
| 5/17/2004 | Consent Order Sum Payments 1/1/04 - 4/1/04 | | | | | | $9348.22 [I] | $213,667.49 |
| 5/25/2004 | Mendoza Payment | $4,355.08 | | | | | ($4,355.08) | $213,667.49 |
| | Payment 1/1/04 | | $71.71 | $1,691.53 | $360.53 | | | $213,595.78 |
| | Payment 2/1/04 | | $125.58 | $1,690.97 | $307.22 | $107.54 | | $213,470.20 |
| 5/25/2003 | Mendoza Payment | $123.77 | | | | $123.77 | | $213,470.20 |
| 5/17/2004 | Payment 5/1/04 | $3,000.00 | $126.58 | $1,667.74 [J] | $310.66 | $895.02 | ($895.02) | $213,343.62 |
| 6/16/2004 | Payment 6/1/04 | $2,811.45 | $127.60 | $1,666.75 | $310.63 | $706.47 | ($706.47) | $213,216.02 |
| 7/15/2004 | Payment 7/1/04 | $2,967.61 | $128.62 | $1,665.75 | $310.61 | $862.63 | ($862.63) | $213,087.40 |
| | Payment Applied from Mendoza Suspense to 3/1/04 Payment | | $129.65 | $1,664.75 [K] | $329.37 | ($2,123.77) | | $212,957.75 |
| 7/30/2004 | Payment | $239.58 | | | | $239.58 | | $212,957.75 |
| 8/13/2004 | Hazard Insurance Premium | | | | ($1,458.00) | | | $212,957.75 |
| 8/16/2004 | Payment 8/1/04 | $3,111.36 | $130.69 | $1,663.73 | $310.56 | $1,006.38 | ($1,006.38) | $212,827.06 |
| 9/14/2004 | Payment 9/1/04 | $3,111.36 | $134.91 | $1,662.71 | $307.36 | $1,006.38 | ($1,006.38) | $212,692.15 |
| | Payment Applied from Mendoza Suspense to 4/1/04 Payment | | $135.98 | $1,683.81 [L] | $303.98 | ($2,123.77) | | $212,556.17 |
| | Attorney's fees and charges | | | | | ($700.23) [M] | ($700.23) [N] | $212,556.17 |
| 10/19/2004 | Payment 10/1/04 | $3,111.36 | $137.05 | $1,660.60 | $1,160.79 | | ($152.91) [O] | $212,419.12 |
| 11/16/2004 | Payment 11/1/04 | $2,279.17 | $79.90 | $1,836.54 [P] | $362.73 | | | $212,339.22 |
| 12/16/2004 | Payment 12/1/04 | $2,429.86 | $80.72 | $1,835.84 | $513.30 | | | $212,258.50 |
| 1/19/2005 | Payment 1/1/05 | $2,559.14 | $81.55 | $1,835.15 | $642.44 | | | $212,176.95 |
| 2/15/2005 | Payment 2/1/05 | $2,557.14 | $82.40 | $1,834.45 | $640.29 | | | $212,094.55 |
| 3/15/2005 | Payment 3/1/05 | $2,557.14 | $83.24 | $1,833.73 | $640.17 | | | $212,011.31 |
| 4/15/2005 | Payment 4/1/05 | $2,557.14 | $84.10 | $1,833.01 | $640.03 | | | $211,927.21 |
| 5/16/2005 | Payment 5/1/05 | $2,748.07 | $84.97 | $2,185.50 [Q] | $477.60 | | | $211,842.24 |
| 6/15/2005 | Payment 6/1/05 | $2,610.22 | $85.85 | $2,184.62 | $339.75 | | | $211,756.39 |
| 7/18/2005 | Payment 7/1/05 | $2,610.22 | $86.73 | $2,183.74 | $339.75 | | | $211,669.66 |

Exhibit "C"

Post Petition Debt Calculation

| Date Applied | Description | Amount | Principal | Interest | Escrow | Mendoza Suspense | Mendoza | Principal Forward |
|---|---|---|---|---|---|---|---|---|
| 8/12/2005 | Payment 8/1/05 | $2,610.22 | $87.63 | $2,182.84 | $339.75 | | | $211,582.03 |
| 8/17/2005 | Hazard Insurance Premium | | | | ($1,680.00) | | | $211,582.03 |
| 10/10/2005 | Payment 9/1/05 | $2,610.22 | $88.53 | $2,181.94 | $339.75 | | | $211,493.50 |
| 10/28/2005 | Payment 10/1/05 | $2,610.22 | $89.44 | $2,181.03 | $339.75 | | | $211,404.06 |
| 11/30/2005 | Payment 11/1/05 | $2,610.22 | $90.37 | $2,180.10 R | $339.75 | | | $211,313.69 |
| 12/15/2005 | Payment 12/1/05 | $2,610.22 | $91.30 | $2,179.17 | $339.75 | | | $211,222.39 |
| | | | | | $8,638.51 | $0.00 | $0.00 | $211,222.39 |

Footnotes

| | |
|---|---|
| A. | Principal reductions are allocated from each post petition direct pay installment applied based on the amounts allocated by Wells Fargo in its accounting chronologically from the petition date forward. For example, on Exhibit 8, Wells Fargo deducted $69.54 from the first post petition installment payment Wells Fargo received from Debtor. On the second installment, $70.26 was allocated to principal. |
| B. | Interest is calculated based on the prevailing rate at the time the post petition installment accrued multiplied by the principal balance outstanding at the time of payment and divided by 12. For example, the installment due on 9/1/03 bears interest at the rate of 9.625% which when multiplied by the beginning principal balance of $213,949.06 and divided by 12 gives the monthly interest due, $1,716.05. Payments applied based on the Consent Order are calculated at the applicable interest rate at the time the payment became contractually due. |
| C. | The portion of installment payments added to the escrow account is equal to the amount paid less amounts allocated to principal and interest. For example, the payment received on 10/21/03 in the amount of $2,142.78 required principal and interest allocations of 1,785.59 leaving $357.19 to be deposited into escrow. |
| D. | The Consent Order Suspense Account contains additional payments made by the Debtor post petition in excess of that contractually due for the month in which payment is made, but insufficient to satisfy a past due post petition installment owed under the Consent Order. For example, on 5/25/04, Debtor paid $4,355.08 on the total Consent Order Sum of $9,348.22. The Consent Order is composed of 4 installment payments due from January, 2004-April, 2004 in the amount of $2,123.77. From the $4,355.08 paid, 2 installments can be satisfied leaving a residual balance of $107.54. That sum is added into the suspense account pending receipt of additional payments and later application to the amounts owed. |
| E. | The Consent Order Account contains the amounts authorized by the Consent Order less payments received from Debtor towards its satisfaction. |
| F. | The Principal Balance Forward Column reflects a running total of principal due on the post petition debt. |
| G. | Interest is calculated at 9.625%. |
| H. | Interest is calculated at 9.5% |
| I. | Amounts due under the Consent Order. |
| J. | Interest is calculated at 9.375%. The contractual installment amount for May, 2004 was noticed |

Exhibit "C"

Post Petition Debt Calculation

| | |
|---|---|
| | by Wells Fargo to be $2,104.98.  Therefore after paying the installment from the $3,000.00 received from Debtor, $895.02 was placed into the Consent Order Suspense Account. |
| K. | A payment on the post petition past due installment for March of 2004 was applied based on sufficient sums having accrued in the Consent Order Suspense Account.  Interest was calculated based on a 9.375% in effect in March of 2004 multiplied by the outstanding principal balance due at the time payment was applied, $213,087.40. |
| L. | A payment on the post petition past due installment for April of 2004 was applied based on sufficient sums having accrued in the Consent Order Suspense Account.  Interest was calculated based on a 9.375% in effect in April of 2004 multiplied by the outstanding principal balance due at the time payment was applied, $212,692.15. |
| M. | Attorney's fees and costs of $650.00 were satisfied based on sufficient sums having accrued in the Consent Order Suspense Account.  Additional, unidentified charges were also paid of $50.23 to clear out the Consent Order Suspense Account. |
| N. | Attorneys fees and costs were allowed under the Consent Order in the amount of $650.00.  However, the Consent Order Sum does not equal the sum of 4 installment payments ($2,123.77 x 4 = $8,495.08) and $650.00 ($9,145.08).   Therefore this column contains not only the $650.00 in itemized fees and costs but an additional $203.14 in unaccounted for sums. |
| O. | Additional, unidentified charges were paid of $152.91 to clear out the Consent Order Account.  With this payment, Debtor completed the repayment of the Consent Order Sum. |
| P. | Interest is calculated at 10.375%. |
| Q. | Interest is calculated at 12.375%. |
| R. | Interest is calculated at 12.375%. |